UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHANNEL BIO CORPORATION,

    Plaintiff,

    v.

ERIC LEWIS, *et al.*,

    Defendants.

Case No. 08-cv-57-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Channel Bio Corporation's ("Channel") Motion for Partial Summary Judgment (Doc. 121) directed at Defendant Eric Lewis.

Pursuant to Local Rule 7.1(c), Lewis's response was due thirty days after Channel's motion was filed, but thirty days have passed and Lewis has yet to respond. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). As such, the Court hereby **ORDERS** Lewis to **SHOW CAUSE** on or before January 4, 2010, why the Court should not construe his failure to timely respond to the motion for partial summary judgment as an admission of the merits of the motion and enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: December 7, 2009**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**